ALDEN RICHARDS *v.* HELEN RICHARDS

The plaintiff's petition for certification for appeal from the Appellate Court, 78 Conn. App. 734 (AC 21796), is denied.

*Wesley W. Horton, Daniel J. Krisch, Thomas D. Colin* and *Samuel V. Schoonmaker IV,* in support of the petition.

*Louise T. Truax,* in opposition.

Decided November 4, 2003

WLADYSLAW LACIC ET AL. *v.* JOSE F. TOMAS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 78 Conn. App. 406 (AC 22907), is denied.

*Jacek I. Smigelski,* in support of the petition.

*Kevin L. Mason,* in opposition.

Decided November 4, 2003

CLIFFORD G. WOODRUFF *v.* PATRICK G. RILEY ET AL.

The petition by the defendant Roberta Smith Riley for certification for appeal from the Appellate Court, 78 Conn. App. 466 (AC 23320), is denied.

*Brian McCormick,* in support of the petition.

Decided November 4, 2003